**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6727**

CHARLES ROBERT BAREFOOT, JR.,

Plaintiff - Appellant,

versus

JIMMY THORTON; JOHN CORNLEY, Chief Deputy; KEM
PICKETT, Captain; GEORGE DEWEY HUDSON, JR.,
District Attorney, Sampson County; JAMIE B.
ASKINS, Assistant District Attorney; JAMES
FREEMAN, Assistant District Attorney;
LIEUTENANT SILVESTER WILSON; MARVIN POLK;
KEVIN JOHN MCREAINY; EARL BUTLER; DONNIE
HARRISON; W. STVEDA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:06-ct-03109-H)

Submitted: August 3, 2007          Decided: August 15, 2007

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Robert Barefoot, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Barefoot, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Barefoot v. Thorton</u>, No. 5:06-ct-03109-H (E.D.N.C. Apr. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>